In the Matter of the Petition of LOUIS SACHS. LOUIS SACHS, Appellant; GOULD & NEWMAN, Attorneys, Respondents.— Order confirming report of official referee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.